No. 138. PIERCE, EXECUTRIX, *v.* ALLEN B. DuMONT LABORATORIES, INC., *ante,* p. 814;

No. 169. MADDOX *v.* FIDELITY INVESTMENT & TITLE CO., INC., ET AL., *ante,* p. 816;

No. 204. HACKETT *v.* UNITED STATES, *ante,* p. 819;

No. 216. REAL ESTATE CORP., INC., *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 822;

No. 268. MADDOX *v.* SHROYER ET AL., *ante,* p. 825;

No. 279. ANSPACH ET AL. *v.* UNITED STATES, *ante,* p. 826;

No. 79, Misc. HUCKS *v.* UNITED STATES, *ante,* p. 835;

No. 142, Misc. PUDDU *v.* ROYAL NETHERLANDS STEAMSHIP CO., *ante,* p. 840;

No. 158, Misc. PERRY *v.* OHIO, *ante,* p. 853; and

No. 259, Misc. BLACK *v.* MOORE, WARDEN, *ante,* p. 849. Petitions for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of these applications.

NOVEMBER 30, 1962.

No. 765, Misc. McGEE *v.* EYMAN, PRISON SUPERINTENDENT. Motion for leave to file petition for writ of certiorari denied.

DECEMBER 3, 1962.

No. 654, Misc. WILSON *v.* MACBRIDE, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition denied.

No. 571, Misc. LEE *v.* PRUITT, JUDGE. Motion for leave to file petition for writ of prohibition and/or mandamus denied.